IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNOLD DEWALT BEVERLY,<br><br>        Plaintiff,<br><br>    v.<br><br>FEDERAL ELECTIONS COMMISSION,<br><br>        Defendant. | 1: 08 - CV - 1538  AWI GSA<br><br>ORDER ON PLAINTIFF'S MOTION FOR APPOINTMENT AS INDEPENDENT PROSECUTORY<br><br>(Doc. No. 37) |

On January 30, 2009, Plaintiff refiled a motion to be appointed as an independent prosecutor under RICO. However, this Court closed this case by order dated January 28, 2009, after it granted Defendant's Rule 12(b)(1) motion and denied Plaintiff's pending motions. See Court's Docket Doc. No. 35. This case remains closed.

Accordingly, IT IS HEREBY ORDERED that Defendant's January 30, 2009, motion is DENIED and this case REMAINS CLOSED.

IT IS SO ORDERED.

Dated:   February 5, 2009             /s/ Anthony W. Ishii
                                  CHIEF UNITED STATES DISTRICT JUDGE