UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 07 2009

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| ARNOLD DEWALT BEVERLY,<br><br>Plaintiff - Appellant,<br><br>V.<br><br>FEDERAL ELECTION COMMISSION,<br><br>Defendant - Appellee. | No. 09-15562<br><br>D.C. No. 1:08-cv-01538-AWI-GSA<br>Eastern District of California, Fresno<br><br>**MANDATE** |

The judgment of this Court, entered 7/1/09, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

By: Gabriela Van Allen
Deputy Clerk